IN THE CIRCUIT COURT OF THE 20THJUDICIAL CIRCUIT IN AND FOR LEE COUNTY, FLORIDA

CASE NO.:

HAMPTON 110 LLC,

    Plaintiff,

v.

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY,

    Defendant.

_____/

## COMPLAINT FOR BREACH OF CONTRACT

COMES NOW, Plaintiff, HAMPTON 110 LLC ("Plaintiff"), by and through the undersigned counsel, and hereby files this Complaint for Breach of Contract suing Defendant, WESTCHESTER SURPLUS LINES INSURANCE COMPANY ("Defendant"), and in support thereof alleges as follows:

1. This is an action for breach of contract under an insurance policy and this action is within the jurisdiction of this Court as the amount in controversy Exceeds $50,000.00.

2. At all times material hereto, Plaintiff was and is a resident of Lee County, Florida and the property is in Lee County, Florida

3. At all times material hereto, Defendant was and is a Florida insurance corporation doing business in Lee County, Florida.

4. At all times material hereto, in consideration of premiums paid by Plaintiff there was in full force and effect an insurance policy issued by Defendant bearing policy number FSF16121812 002. ("hereinafter the "Policy"). Plaintiff is not in possession of a certified copy of the policy, but Defendant is, and a copy of the Policy will be obtained through discovery.

5. Pursuant to the terms of the policy, Defendant insured Plaintiff against certain losses to Plaintiff's property located at 3840 Broadway, Fort Myers, Florida 33901 (hereinafter the "Property").

6. Plaintiff has paid all premiums due and owing as contemplated by the subject insurance policy and has complied with all provisions and satisfied all conditions precedent to the filing of this action.

7. During the policy period of February 26, 2022 - February 26, 2023 and/or on or about September 28, 2022 the Property sustained covered property damage caused by Hurricane Ian as well as related damages included additional damages that would not have occurred but for the loss.

8. Plaintiff timely reported the claim to Defendant, and Defendant assigned claim number KY23K2365440 to the claim and investigated the claim.

CASE NO.

9. Following the Defendant's investigation, Defendant issued a claim decision which failed to acknowledge coverage for the claim and/or failed to extend coverage for repairs necessary to restore the property and these failures constitute a breach of the insurance policy.

10. As a direct and proximate result of Defendant's breach of the insurance policy, the Plaintiff has suffered and continues to suffer damages including property damages in the form of damage to the Property, incurred repairs and repairs needed to restore the Property, damaged personal property, incurred Loss of Use and expenses to be incurred, and interest.

11. All conditions precedent to the filing of this action have been complied with, met, or otherwise waived, including through Defendant's denial of portions of the claim and/or Defendant's failure to timely seek compliance with policy conditions.

12. On or about January 22, 2024, Plaintiff filed a Notice of Intent to Initiate Litigation for the claim by filing Notice Number 168116 thereby complying with Fla. Stat. §627.70152.

13. Plaintiff has been obligated to engage the undersigned attorneys for the prosecution of this action and is entitled to a reasonable attorney's fee pursuant to Florida Statute §627.428 and/or §626.9373; §627.70152.

CASE NO.

WHEREFORE, the Plaintiff, Hampton 110 LLC, demands a trial by jury and judgment against Defendant, Westchester Surplus Lines Insurance Company, for damages including all contractual benefits, pre-judgment interest, costs and attorney's fees pursuant to Florida Statute §627.428 and/or §626.9373 and/or §627.70152, and such further relief this Court deems just and proper.

## DEMAND FOR TRIAL BY JURY

14. Plaintiff demands trial by jury of all matters so triable.

Dated: December 29, 2023

/s/Abrianne Brookins
Abrianne Brookins (FBN 1023754)
STRUBLECOHEN
325 Fifth Avenue, Suite 103
Indialantic, Florida 32903
(321) 283-5888
service@strublecohen.com
struble@app.claimvoyance.com
abrianne@strublecohen.com